IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | CASE NO.: 7:24-CR-31 (WLS-TQL-1) |
| PORTERFIELD STOKES, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

Before the Court is Defendant's Unopposed Motion for Continuance in the Interest of Justice ("the Motion") (Doc. 23). Therein, Defendant requests a continuance of the pretrial conference in this matter, which is scheduled for October 8, 2024, as well as a continuance of his trial from the November 2024 trial term to the next Valdosta Division trial term. (*Id.*) Defendant states that the Federal Defenders of the Middle District of Georgia, Inc. was appointed to represent him on September 5, 2024, and that Defendant made his initial appearance that same day. (*Id.*) On September 6, 2024, Defense Counsel filed a request for discovery, which Counsel received from the Government on September 9, 2024. (*Id.*) Thus, Defendant contends that a continuance is warranted because Defense Counsel will need additional time to review discovery, conduct case investigation and research, and consult with Defendant regarding the Government's case in chief in order to reprepare a defense. (*Id.*) Defendant states that no prejudice to the Government will result should the Court grant Defendant's request, and that the interests of justice served by granting the requested continuance outweigh the best interests of the public and Mr. Stokes in a speedy trial. (*Id.*)

Based on Defendant's stated reasons, the Court finds that a continuance is necessary for Defendant's counsel to effectively prepare for trial. The Court further finds the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Motion (Doc. 20) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED**

to the Valdosta Division February 2025 term and its conclusion, or as may be otherwise ordered by the Court. Accordingly, the October 8, 2024 pretrial conference is **CANCELLED**.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

**SO ORDERED**, this 4th day of October 2024.

                                       **/s/ W. Louis Sands**
                                       **W. LOUIS SANDS, SR. JUDGE**
                                       **UNITED STATES DISTRICT COURT**