IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| v. : | |
| **PORTERFIELD STOKES,** : | **CASE NO: 7:24-CR-31 (WLS)** |
| **Defendant.** : | |
| _____ : | |

### ORDER

The Court intends to notice this case for the May 2025 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Tuesday, March 4, 2025**, whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference.**

**SO ORDERED**, this 18th day of February 2025.

                                                   /s/ W. Louis Sands
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**