**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-31 (WLS-ALS-1) |
| | : | |
| PORTERFIELD STOKES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On April 22, 2025, the Court received correspondence via the Clerk's office from Defendant Porterfield Stokes. Upon review of said correspondence, the Court finds that a status conference is appropriate to address the issues raised therein. In light of the upcoming trial in this case set to commence in less than two weeks, the Counsel are **NOTICED** that the Court will hold a status conference **tomorrow, Wednesday, April 23, 2025, at 12:30 P.M**. at the C.B. King United States Courthouse.

Further, the Clerk is **DIRECTED** to docket Defendant's April 22, 2025 submissions **under seal** to be made available only to the Parties' Counsel, the United States Probation Office, and the Court. The same shall remain sealed until further order of the Court.

**SO ORDERED**, this 22nd day of April 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**