**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-31 (WLS-ALS-1) |
| | : | |
| PORTERFIELD STOKES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On April 22, 2025, Defendant Porterfield Stokes filed a Motion to Dismiss Counsel and to Appointment Replacement Counsel ("Motion to Dismiss Counsel") (Doc. 63), as well as a Motion for Ineffective Assistance and Misrepresentation of Counsel ("Motion for Ineffective Assistance") (Doc. 64). The Court held a status conference to address Defendant's motions on April 23, 2025. The Court issues this Order to memorialize its ruling during the conference.

At the conference, the Court denied Defendant's Motions, noting that Defendant, as a represented party, is not permitted to file motions in his own case. To reiterate the Court's ruling, Defendant's Motion to Dismiss Counsel (Doc. 63) and Motion for Ineffective Assistance (Doc. 64) are **DENIED, without prejudice**. After a continued discussion with Defendant and his counsel, the Court concluded that Defendant shall continue to be represented by Mr. Granims in this matter, and the trial shall proceed as noticed and scheduled. The discussions between Defendant, Counsel, and the Court only are sealed until further Order of the Court.

**SO ORDERED**, this 29th day of April 2025.

                                                **/s/ W. Louis Sands**
                                                **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**