# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :  CASE NO.: 7:24-CR-31 (WLS-ALS-1) |
| PORTERFIELD STOKES, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

    Before the Court is the Government's Motion in Limine (Doc. 61) as well as Defendant Porterfield Stoke's Motion to Strike (Doc. 66), filed on April 18 and 24, 2025, respectively. A trial in this case was scheduled to take place during the Court's Valdosta Division May 2025 trial term. Defendant Stokes, however, pleaded guilty to the sole count in the Indictment (Doc. 1) on May 1, 2025. As such, the Government's Motion in Limine (Doc. 61) and Defendant's Motion to Strike (Doc. 66) are **DENIED WITHOUT PREJUDICE**, **as moot**.

    **SO ORDERED**, this 14th day of May 2025.

                                                 **/s/ W. Louis Sands**
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**