**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-31 (WLS-ALS) |
| | : | |
| PORTERFIELD STOKES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On November 19, 2025, the Court held a sentencing hearing in the above-captioned matter, wherein the Court *sua sponte* continued Defendant's sentencing hearing. The Court memorialized that hearing in an Order. (Doc. 83). In it, the Court gave Parties an opportunity to brief the Court on how *US v. Jerome Miller, Jr.*, No. 23-13069 (11th Cir. Nov. 6, 2025) may affect Defendant's sentencing by filing a supplemental brief. The Court gave Defendant twenty-one days, or until Friday, December 12, 2025, to submit a supplemental brief, with opportunity for the Government to respond seven days from the date on which Defendant submitted said briefing. To date, Defendant has chosen not to file supplemental briefing. However, the Court will give the Government an opportunity to file a supplemental brief no later than **twelve days[1]** from today, or by **Monday, December 29, 2025**.

**SO ORDERED**, this 17th day of December 2025.

                                             **/s/ W. Louis Sands**
                                             **W. LOUIS SANDS, SR. JUDGE**
                                             **UNITED STATES DISTRICT COURT**

---

[1] Seven days from today would be Christmas Eve, so the Court will give the Government an extra five days.